IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv370

| | |
|---|---|
| **THOMAS STANDLEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| **SHERIFF VAN DUNCAN, et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Previously, the United States removed this action from State Court and attached the Complaint, Amended Complaint, and Second Amended Complaint to the Notice of Removal. These pleadings filed by Plaintiff, however, also reference a number of documents that appear to be exhibits to the Complaint and Amended Complaints. The United States did not include these documents in its Notice of Removal and the documents are not in the record. This Court cannot properly rule on the pending motions before it until a complete copy of Plaintiff's pleadings are before the Court. Accordingly, pursuant to 28 U.S.C. § 1447(b) the Court **DIRECTS** the United States to file with the Clerk within ten (10) days of the entry of this Order copies of all records and proceedings in the State Court.

Signed: March 25, 2013

Dennis L. Howell
United States Magistrate Judge