IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv370

| | |
|---|---|
| THOMAS STANDLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SHERIFF VAN DUNCAN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Previously, the United States removed this action from State Court and attached the Complaint, Amended Complaint, and Second Amended Complaint to the Notice of Removal. These pleadings filed by Plaintiff, however, also reference a number of documents that appear to be exhibits to the Complaint and Amended Complaints. The United States did not include these documents in its Notice of Removal and the documents are not in the record. Because the Court cannot properly rule on the pending motions before it until a complete copy of Plaintiff's pleadings are before the Court, the Court directed the United States to file with the Clerk a copy of all records and pleadings filed in the State Court. The United States now moves for leave to file these records under seal. The Court notes that these documents were not filed under seal in State Court. The Court, however, **GRANTS in part** the motion [# 8]. The United States may file under seal any

materials containing the medical records or other personal records of Plaintiff.  To the extent that the pleadings or documents filed in State Court do not contain such personal information, the United States need not file such documents under seal.  The documents shall remain under seal until further Order of this Court.  Either party may move at any time to unseal these documents.

Signed: April 4, 2013

Dennis L. Howell
United States Magistrate Judge